AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the Southern District of Florida

Yellow Pages Photos, Inc.

*Plaintiff(s)*

v.

Charleston Commons Community Association, Inc. and Vesta Property Services, Inc.

*Defendant(s)*

Civil Action No. 24-CV-80564-Rosenberg

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **Charleston Commons Community Association, Inc., c/o Kravit Law, P.A., Registered Agent, 2101 NW Corporate Blvd, Ste 410, Boca Raton, FL 33431**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Janelle A. Weber, Manta Law, 4039 Gunn Hwy, Tampa, FL 33618, jweber@mantalaw.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 2, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C. A. Weech*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the Southern District of Florida

| | | |
|---|---|---|
| Yellow Pages Photos, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Charleston Commons Community Association, Inc. and Vesta Property Services, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  24-CV-80564-Rosenberg |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **Vesta Property Services, Inc., c/o C T Corporation System, 1200 South Pine Island Rd., Plantation, FL 33324, Registered Agent**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Janelle A. Weber, Manta Law, 4039 Gunn Hwy, Tampa, FL 33618, jweber@mantalaw.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 2, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C. A. Weech*
Deputy Clerk
U.S. District Courts